# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 09, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A12A1481.  CROMER v. SUDDUTH.**

On January 11, 2012, we granted William Cromer's application for an interlocutory appeal from the trial court's denial of his motion for summary judgment in this matter. Cromer filed a timely notice of appeal, and the case was docketed in this Court on March 26.

Having reviewed the record, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>11/09/2012</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*